IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01791-BNB

RUDY STANKO, individually and on behalf of similarly situated prisoners,

   Plaintiff,

v.

BLAKE DAVIS, individually and in his official capacity as a warden,
MICHAEL K. NALLEY, individually and in his official capacity as Regional Director,
HARLEY LAPPIN, individually and in his official capacity as Director, and
DEFENDANTS 1X THROUGH 6X, individually and in he/she's [sic] official capacity,

   Defendants.

## ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Rudy Stanko, is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution at Englewood, located in Littleton, Colorado. He has filed an amended Prisoner Complaint (docket number nine). He also has filed a motion for a temporary restraining order titled "Motion for Temporary Restraining Order Without Written or Oral Notice to Adverse Party" and a supporting declaration titled "Declaration in Support of Emergency Injunctive Relief Restraining Order" (both docketed as document number four).

In addition, he has filed a motion for a preliminary hearing titled "Application for Preliminary Hearing for Injunctive Relief, and Complaint for Violation of Constitutional and Regulatory Rights" (document number 5), a motion requesting to be brought before the Court for the hearing titled "Petition for Writ of Habeas Corpus Ad Testificandum" (document number 6) and a renewed motion for a temporary restraining order titled

"Renewed Application for Restraining Order and Preliminary/Permanent Injunction Hearing With Supporting Declaration and Petition for Habeas Corpus Ad Testificandum" (document number 7).

Mr. Stanko disagrees with his classification and placement, attacks his allegedly imminent transfer to a facility further from his family and release area without notice to the federal judge who recommended he be incarcerated at one of the BOP Englewood facilities, and contends that the transfer will make it more difficult for him to have access to his legal files and hard-to-find books. He seeks to stop his transfer.

The Court must construe liberally Mr. Stanko's motions for a temporary restraining order because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will deny Mr. Stanko's motions for a temporary restraining order.

A party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b). Mr. Stanko fails to allege any facts that demonstrate he is facing immediate and irreparable injury. Therefore, the liberally construed motions for a temporary restraining order will be denied. The motions for a hearing on the motions for a temporary restraining order also will be denied. Accordingly, it is

ORDERED that the liberally construed motions for a temporary restraining order and motions for a hearing on the motions for a temporary restraining order (document numbers four, five, six, and seven) are denied. It is

FURTHER ORDERED that to the extent the amended complaint (document number nine) requests a hearing on the motions for a temporary restraining order, the request is DENIED. It is

FURTHER ORDERED that the motion for service (document 10) is denied as premature.

DATED at Denver, Colorado, this 19 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01791-BNB

Rudy Stanko
Reg. No. 18259-013
FCI - Sandstone
PO Box 1000
Sandstone, MN 55072

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/20/07

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk