FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 2 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01791-ZLW

RUDY STANKO, individually and on behalf of similarly situated prisoners,

Plaintiff,

v.

BLAKE DAVIS, individually and in his official capacity as a Warden,
MICHAEL K. NALLEY, individually and in his official capacity as Regional Director,
HARLEY LAPPIN, individually and in his official capacity as Director, and
DEFENDANTS 1X THROUGH 6X, individually and in he/she's [sic] official capacity,

Defendants.

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on December 15, 2008, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on December 15, 2008.

DATED at Denver, Colorado, this _19_ day of _December_, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01791-ZLW

Rudy Stanko
Reg. No. 18259-013
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk