IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01791-BNB

RUDY STANKO, individually and on behalf of similarly situated prisoners,

Plaintiff,

v.

BLAKE DAVIS, individually and in his official capacity as a Warden,
MICHAEL K. NALLEY, individually and in his official capacity as Regional Director,
HARLEY LAPPIN, individually and in his official capacity as Director, and
DEFENDANTS 1X THROUGH 6X, individually and in he/she's [sic] official capacity,

Defendants.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objection to US Magistrate Issuing Article III Orders, Notice of Appeal, and Response" submitted to the Court *pro se* on January 5, 2009, by Plaintiff, Rudy Stanko. In the document, Mr. Stanko objects to Magistrate Judge Boyd N. Boland's December 23, 2008, order directing him to show cause within thirty days why the instant action should not be dismissed for failure to comply with the Court's September 18, 2007, order and the requirements of 28 U.S.C. § 1915(b)(2).

The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's December 23, 2008, order is neither clearly

erroneous nor contrary to law. Therefore, Mr. Stanko's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the document titled "Objection to US Magistrate Issuing Article III Orders, Notice of Appeal, and Response" submitted to the Court ***pro se*** on January 5, 2009, by Plaintiff, Rudy Stanko, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A), and the objection is overruled. It is

FURTHER ORDERED that Mr. Stanko continues to have **thirty (30) days from the December 23, 2008, order** to show cause as directed. It is

FURTHER ORDERED that Mr. Stanko's November 4, 2008, and December 17, 2008, requests to issue summonses are denied as premature.

DATED at Denver, Colorado, this 21 day of Jan., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01791-BNB

Rudy Stanko
Reg. No. 18259-013
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/21/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk